DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD L. RUBIN,**
Appellant,

v.

**LUCILLE RUBIN,**
Appellee.

No. 4D22-1813

[March 30, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case Nos. 502021CP001979, 502021CP004302.

Jake Taylor of Clyde Snow & Sessions, Salt Lake City, Utah, and Steven M. Katzman and Helaina Bardunias of Katzman Wasserman Bennardini & Rubinstein, P.A., Boca Raton, for appellant.

Peter J. Forman and Jonathan A. Galler of Gutter Chaves Josepher Rubin Forman Fleisher Miller, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***